

AO 91 (Rev. 11/82)            **CRIMINAL COMPLAINT**

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> ANDREW ISAMAIL SALEHI <br> aka: "Andrew Ismaeel Salehi" <br><br> Complaint for violation of Title 18, United States Code, Section 1073. | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> **SA 18 - 112 M** |
| NAME OF MAGISTRATE JUDGE <br> Honorable ~~Karen E. Scott~~ **DOUGLAS F. McCORMICK** | UNITED STATES MAGISTRATE JUDGE | LOCATION <br> Santa Ana, California |
| DATE OF OFFENSE <br> February 18, 2018 | PLACE OF OFFENSE <br> Orange County | ADDRESS OF ACCUSED (IF KNOWN) | FILED <br> CLERK, U.S. DISTRICT COURT <br> MAR 15 2018 <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about February 18, 2018, in Orange County, within the Central District of California, defendant ANDREW ISAMAIL SALEHI did willfully, knowingly, and unlawfully move and travel in foreign commerce, with the intent to avoid prosecution under the laws of the State of California for the crime of attempted Murder and First Degree Robbery, in violation of California Penal Code Section 646(a)-187(a) and 211/212.5(a), a felony under the laws of the State of California, in violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT <br> /S/ <br> **STEVEN CHRISTOPHER WRATHALL** |
|---|---|
| | OFFICIAL TITLE <br> Special Agent/Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[(1)] <br> **DOUGLAS F. McCORMICK** | DATE <br> 3/15/18 |
|---|---|

[(1)] See Federal Rules of Criminal Procedure 3 and 54

AUSA Lim:sks      REC: Detention

*DL*

**AFFIDAVIT**

I, Steven Christopher Wrathall, being duly sworn, hereby depose and state the following:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since February 1, 2009. I am currently assigned to conduct criminal investigations in the Central District of California.

2. I have worked on the violent crimes squad in Orange County since 2012 and have experience working a variety of violent crime offenses, including crimes against children, fugitives, death threats, and murder for hire, among others. I have also received ongoing training on these various violations since 2012.

## II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a complaint against, and an arrest warrant for, ANDREW ISAMAIL SALEHI ("SALEHI"), also known as ("aka") Andrew Ismaeel Salehi, for a violation of Title 18, United States Code, Section 1073 (Unlawful Flight to Avoid Prosecution).

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and

witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. SUMMARY OF PROBABLE CAUSE

5. During his California state trial for attempted murder and first degree robbery, SALEHI fled to his home country of Iran. On February 18, 2018, SALEHI boarded an international flight out of Los Angeles, CA to Istanbul, Turkey, with a final destination of Iran. As a result, SALEHI was not present for closing arguments on February 20, 2018, and the trial jury subsequently returned a guilty verdict for the aforementioned charges on February 22, 2018. SALEHI had a return ticket purchased for February 24, 2018, but he never boarded that return flight. SALEHI's sentencing is scheduled for March 16, 2018, where he is expected to be sentenced to at least 25 years' imprisonment.

### IV. STATEMENT OF PROBABLE CAUSE

#### A. OCDA Investigation of SALEHI

6. In March 2018, I received information regarding SALEHI from Erin Rowe, Deputy District Attorney ("DDA") at the Orange

2

County District Attorney's Office ("OCDA"). Based on my discussions with DDA Rowe and my review of law enforcement reports, I know the facts set forth below.

7. I have reviewed records indicating that SALEHI was arrested and charged with committing felony crimes of attempted murder and first degree robbery, in violation of California Penal Code Sections 646(a)-187(a) and 211/212.5(a), by the Superior Court of the State of California, County of Orange, in case number 14NF0337.

8. On or about January 22, 2014, SALEHI, along with his co-defendant, attempted to purchase oxycodone and Xanax bars from residents of an apartment in Anaheim, CA. When they were denied, they returned a short time later with a firearm and entered the apartment. SALEHI and his co-defendant said they were there to rob the occupants of the pills and money. During this robbery, SALEHI shot one of the occupants of the apartment in the torso with the firearm.

9. On or about January 13, 2018, a jury trial on the aforementioned charges against SALEHI commenced. At that time, SALEHI was out of custody on a $250,000 bond posted by Absolute Bail Bonds on or about August 24, 2016. The bond was forfeited on or about February 20, 2018.

10. SALEHI failed to appear in court for closing

arguments, which took place on or about February 20, 2018. The jury in the trial returned a guilty verdict on or about February 22, 2018. SALEHI is scheduled to be sentenced on or about March 16, 2018, where he is expected to receive a sentence of at least 25 years in state prison.

### B. SALEHI Flees to Iran

11. Per Immigration and Customs Enforcement ("ICE"), on February 18, 2018, SALEHI boarded a flight out of Los Angeles International Airport (LAX) to Istanbul, Turkey, with a final destination of Iran. SALEHI had purchased a round trip flight, with a return date of February 24, 2018, but he did not get on that return flight.

### C. Additional Investigation of SALEHI

12. SALEHI is described as a Middle Eastern male, approximately 5 feet and 8 inches in height, weighing 148 pounds, with brown hair and brown eyes.

13. SALEHI's date of birth is 01/13/1988 and his U.S. Social Security number is XXX-XX-3141.

### D. OCDA's Intent to Extradite SALEHI From Iran

14. On March 13, 2018, DDA Rowe advised me that the OCDA will seek to extradite SALEHI from Iran and will pay any necessary expenses to do so.

## V. CONCLUSION

15. For all the reasons described above, there is probable cause to believe that SALEHI fled the State of California with intent to avoid prosecution for attempted murder and first degree robbery, in violation of Title 18, United States Code, Section 1073 (Unlawful Flight to Avoid Prosecution).

/S/
Steven C. Wrathall
Special Agent
Federal Bureau of Investigation


Sworn and subscribed to before me
This 15th day of March, 2018.

**DOUGLAS F. McCORMICK**
HONORABLE ~~KAREN E. SCOTT~~
UNITED STATES MAGISTRATE JUDGE